

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| LEONEL HERNANDEZ, | | No. 08-19-00152-CR |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 168th District Court |
| | § | |
| THE STATE OF TEXAS, | | of El Paso County, Texas |
| | § | |
| State. | | (TC# 20160D03827) |

LEONEL HERNANDEZ,

Appellant,

v.

THE STATE OF TEXAS,

State.

No. 08-19-00152-CR

Appeal from the

168th District Court

of El Paso County, Texas

(TC# 20160D03827)

## O R D E R

The Court GRANTS the State's third motion for extension of time within which to file the brief until October 29, 2020. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ordered that the Hon. Jaime E. Esparza, the State's attorney, prepare the State's Brief and forward the same to this Court on or before October 29, 2020.

IT IS SO ORDERED this 29th day of September, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.